IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

DENISE YARBROUGH                                                              PLAINTIFF

vs.                                                                                      No. 1:04CV253-D-D

KENTUCKY FINANCE
COMPANY, INC.; et al.                                                        DEFENDANTS

ORDER GRANTING MOTION TO REMAND

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1)   the Plaintiff's motion to remand (docket entry 11) is GRANTED; and

(2)   this cause is hereby REMANDED to the Circuit Court of Winston County, Mississippi.

SO ORDERED, this the 18th day of April 2005.


                                                                /s/ Glen H. Davidson
                                                                Chief Judge