IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

DENISE YARBROUGH                                                                                    PLAINTIFF

vs.                                                                                              No. 1:04CV253-D-D

KENTUCKY FINANCE
COMPANY, INC.; et al.                                                                            DEFENDANTS

## JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT

The court has been advised by counsel that this action has been settled as to all parties, and that the parties stipulate to dismissal of all claims with prejudice.

THEREFORE, it is hereby ORDERED that this action is dismissed with prejudice. In light of this dismissal, the court VACATES the previously entered order for remand, and hereby DIRECTS the Clerk's Office to send a copy of this order to the Circuit Clerk for Winston County, Mississippi.

SO ORDERED, this the 19th day of April 2005.

                                                            /s/ Glen H. Davidson
                                                            Chief Judge